HILL WALLACK LLP
202 Carnegie Center
CN 5226
Princeton, New Jersey 08543-5226
(609) 924-0808
Attorneys for defendant Home Depot U.S.A., Inc.
by Julie Colin, Esq. JC 6572

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASHA MEHTA,<br><br>Plaintiff<br><br>vs.<br><br>THE HOME DEPOT and ABC COMPANIES, 1-3, (fictitious names for entities whose identities are unknown),<br><br>Defendant. | SUPERIOR COURT OF NEW JERSEY<br>MIDDLESEX COUNTY<br>LAW DIVISION<br><br>Docket No. MID-L-9193-06<br><br>Civil Action<br><br>**NOTICE OF REMOVAL** |

To: The Judges of the United States District Court
For the District of New Jersey

Home Depot U.S.A., Inc., a defendant herein files this Notice of Removal of this action from the Superior Court of New Jersey, Law Division, Middlesex County, to the United States District Court for the District of New Jersey, and respectfully represents as follows:

1. On or about November 15, 2006, the plaintiff filed a Complaint and Jury Demand in the Superior Court of New Jersey, Law Division, Middlesex County, against Defendants Home Depot U.S.A., Inc. A copy of the Complaint and all other pleadings received by this Defendant Home Depot U.S.A., Inc. is attached hereto and made a part hereof as Exhibit "A".

2. Defendant Home Depot U.S.A., Inc. was joined in this action when it received a copy of the Summons and Complaint. This Notice of Removal is being filed within 30 days of that date in accordance with 28 *U.S.C.* §1446(b).

3. As of this date, Defendant Home Depot U.S.A., Inc. has not filed responsive pleadings in this action commenced by Plaintiff in the Superior Court of New Jersey, Law Division, Middlesex County, and no other proceedings have transpired in that action to our knowledge.

4. The introductory paragraph of Plaintiff's Complaint states that Plaintiff resides in South Brunswick, New Jersey. **See Exhibit A.**

5. Defendant Home Depot U.S.A., Inc. is a Delaware Corporation with its principal place of business located in Atlanta, Georgia.

6. The United States District Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because it arises between citizens of different states and the amount in controversy is likely to be in excess of $75,000, exclusive of interest and costs.

7. Defendant Home Depot U.S.A., Inc. seeks removal of this action pursuant to 28 U.S.C. §1441(a).

**WHEREFORE,** defendant Home Depot U.S.A., Inc. pray that the above captioned matter, now pending in the Superior Court of New Jersey, Law Division, Middlesex County, removed there to the United States District Court for the District of New Jersey.

HILL WALLACK LLP
Attorney for Home Depot U.S.A., Inc.

By: ______________________
Julie Colin, Esq.

Dated: January 3, 2007