# EXHIBIT A

20061205120305

ASHA MEHTA
Plaintiff
vs.
THE HOME DEPOT, ET AL
Defendant

Superior Court Of New Jersey
MIDDLESEX Venue
Docket Number: MID L 9193 06

Person to be served (Name and Address):
THE HOME DEPOT
2455 PACES FERRY ROAD
ATLANTA GA
By serving: THE HOME DEPOT

# AFFIDAVIT OF SERVICE
(For Use by Private Service)

Attorney: CLEMENT C. CHANG, ESQ.

Cost of Service pursuant to R. 4:4-3(c)

$ ____.____

Papers Served: SUMMONS AND COMPLAINT, CIS

Service Data: [X] Served Successfully [ ] Not Served

Date/Time: 12/19/06 12:45PM

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[X] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

Attempts: Date/Time: ______
Date/Time: ______
Date/Time: ______

Name of Person Served and relationship/title:
Quinessa Malcolm
Authorized for Legal Dept

Description of Person Accepting Service:

SEX: F AGE: 30 HEIGHT: 5'6" WEIGHT: 135 SKIN: Blk HAIR: Blk OTHER: ______

Unserved:
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] No response on: Date/Time: ______
Date/Time: ______
Date/Time: ______

Other:

Served Data:
Subscribed and Sworn to me this 21st day of Dec, 2006

Notary Signature: [signature]

Name of Notary Commission Expiration

MARIA ALLARD NOTARY PUBLIC GEORGIA GWINNETT COUNTY NOV. 12, 2007

I, Earl Gayle was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

[signature] 12-21-06
Signature of Process Server Date

Sm-

ASHA MEHTA Plaintiff

vs.

THE HOME DEPOT, ET AL Defendant

Superior Court Of New Jersey

MIDDLESEX Venue

Docket Number: MID L 9193 06

**Person to be served** (Name and Address):
THE HOME DEPOT
701 NASSAU PARK BLVD.
WEST WINDSOR TWP. NJ 08550
**By serving:** THE HOME DEPOT

# AFFIDAVIT OF SERVICE
(For Use by Private Service)

**Attorney:** CLEMENT C. CHANG, ESQ.

Cost of Service pursuant to R. 4:4-3(c)

$ ____.___

**Papers Served:** SUMMONS AND COMPLAINT, CIS

**Service Data:** [X] Served Successfully [ ] Not Served

Date/Time: 12/06/2006 04:25PM ______________

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[X] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

Attempts: Date/Time: ______________
Date/Time: ______________
Date/Time: ______________

Name of Person Served and relationship/title:

RAY MURPHY

AUTHORIZED AGENT

**Description of Person Accepting Service:**

SEX: M AGE: 36-50 HEIGHT: 5'4"-5'8" WEIGHT: 161-200 LBS. SKIN: WHITE HAIR: BROWN OTHER: ______

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] No response on: Date/Time: ______________
Date/Time: ______________
Date/Time: ______________

Other:

**Served Data:**
Subscribed and Sworn to me this

6 day of December, 2006

Notary Signature: [signature]

JANIRA SANTIAGO-VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2007

Name of Notary Commission Expiration

I, JANE NUNN,
was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

[signature] 12/6/2006
Signature of Process Server Date

Name of Private Server: JANE NUNN Address: 2009 Morris Avenue UNION, NJ 07083 Phone: (908) 687-0056

R.R.

FILED & RECEIVED #1
05 NOV 15 AM 9:12
MIDDLESEX
DEPUTY CLERK
SUPERIOR COURT

PASRICHA & PATEL, LLC
One Woodbridge Center, Suite 440
Woodbridge, New Jersey 07095
(732) 726-5750
Attorneys for Plaintiff

| | |
|---|---|
| ASHA MEHTA, Plaintiff, v. THE HOME DEPOT and ABC COMPANIES, 1 – 3, (fictitious names for entities whose identities are unknown), Defendants. | SUPERIOR COURT OF NEW JERSEY MIDDLESEX COUNTY LAW DIVISION<br>Docket No.: MID-L-9193-06<br>Civil Action<br>**COMPLAINT WITH JURY DEMAND** |

Plaintiff, ASHA MEHTA, by and through her attorneys, Pasricha & Associates, LLC, by way of complaint against the several defendants, states:

**THE PARTIES**

1. Plaintiff, ASHA MEHTA, is a senior citizen who resides at 48 Davids Court, South Brunswick, New Jersey 08810.

2. Defendant, THE HOME DEPOT, is a corporation with an address of 2455 Paces Ferry Road, Atlanta, Georgia and a principal place of business located at 701 Nassau Park Blvd, West Windsor, New Jersey. The Home Depot is engaged in the business of operating retail home improvement stores throughout the United States and elsewhere.

3. Defendants, ABC COMPANIES 1 – 3, are business entities engaged in the business of designing, manufacturing, distributing and/or selling benches to members of the

public.

## THE FACTS

4. On or about August 20, 2005, in the mid-afternoon, Plaintiff visited the Home Depot (store Number 921) in West Windsor, New Jersey (hereinafter "Home Depot" or "the Store") with her son and daughter- in- law.

5. During her visit to Home Depot, Plaintiff sat down on a bench positioned outside the entrance door to the Store (the "Bench").

6. Without warning, the Bench suddenly collapsed causing Plaintiff to violently fall to the concrete below.

7. Plaintiff put her hand out to break her fall; she landed on her hand and leg.

8. As a direct and proximate consequence of the unexpected fall, Plaintiff suffered severe trauma and painful physical injury, including a tibial plateau fracture and injuries to her wrist, all of which necessitated medical treatment.

9. Plaintiff suffered great pain and continues to suffer pain as a result of the traumatic and unexpected fall to the concrete.

## FIRST COUNT

10. Plaintiff repeats and re-alleges each of the preceding allegations of this complaint as if fully set forth herein.

11. Plaintiff was an invitee at the Home Depot when the Bench collapsed causing her injury.

12. The defendant, Home Depot, had provided the Bench for use by its invitees and as a display model to induce sales of identical benches to the purchasing public.

13. At the time that Plaintiff sat down on the Bench, the Bench was defective, improperly assembled and/or otherwise in a state of disrepair, causing it to unexpectedly collapse.

14. Plaintiff's injuries were caused by the negligence of defendant, Home Depot, insofar as Home Depot:

a. Did not keep the Bench in a safe condition or warn of its defects;
b. Did not exercise proper care in inspecting and maintaining the Bench which it provided for public use;
c. Permitted a dangerous and hazardous condition to exist;
d. Allowed a nuisance to exist;
e. Failed to provide proper safeguards;
f. And was otherwise negligent in the operation and maintenance of its premises, accommodations and furniture.

15. As a result of defendant, Home Depot's negligence, and the fall caused thereby, Plaintiff suffered and sustained severe and disabling injuries. She has been and will in the future be caused to obtain medical treatment and has been and will in the future be cause to refrain from her normal activities.

WHEREFORE, Plaintiff demands judgment against defendant Home Depot for damages in an amount sufficient to compensate her for her injuries, together with interest, costs of suit, and attorneys' fees.

## SECOND COUNT

16. Plaintiff repeats and re-alleges each of the preceding allegations of this complaint as if fully set forth herein.

17. Defendants ABC Companies 1 – 3 designed, tested, manufactured, sold, promoted and delivered the Bench to Home Depot for the purpose of selling such benches to the public.

18. On August 20, 2005, the Bench collapsed while Plaintiff was sitting on it, causing injury to Plaintiff.

19. Defendants were careless in the design, testing, inspection, manufacture, distribution, labeling, selling and promotion of the Bench.

20. As a result of defendants' careless conduct, Plaintiff was seriously injured and has sustained damages.

WHEREFORE, Plaintiff demands judgment against defendants ABC Companies 1 –3 for damages in an amount sufficient to compensate her for her injuries, together with interest, costs of suit, and attorneys' fees.

## THIRD COUNT

21. Plaintiff repeats and re-alleges each of the preceding allegations of this complaint as if fully set forth herein.

22. The Bench was defective in that it collapsed, causing injury to Plaintiff. As a result of that defect, defendants are strictly liable to plaintiff for her injuries.

WHEREFORE, Plaintiff demands judgment against defendants ABC Companies 1 –3 for damages in an amount sufficient to compensate her for her injuries, together with interest, costs of suit, and attorneys' fees.

Dated: November 8, 2006

PASRICHA & ASSOCIATES, LLC
Attorneys for Plaintiff

By: [signature]
Gary S. Pasricha, Esq.

**CERTIFICATION PURSUANT TO RULE 4:5-1**

I hereby certify that, pursuant to R. 4:5-1, the matter in controversy is not the subject of any other action pending in any Court or of any arbitration proceeding and no such action or proceeding is contemplated. I know of no other party who should be joined in this action.

PASRICHA & ASSOCIATES, LLC

Dated: November 8, 2006

By: __________________
Gary S. Pasricha, Esq.

**JURY DEMAND**

Plaintiff, Asha Mehta, hereby demand trial by jury as to all issues so triable.

PASRICHA & ASSOCIATES, LLC

Dated: November 8, 2006

By: __________________
Gary S. Pasricha, Esq.

**DESIGNATION OF TRIAL COUNSEL**

In accordance with R. 4:25-4, Gary S. Pasricha, Esq., is hereby designated as trial counsel for plaintiff, Asha Mehta, in the above captioned matter.

PASRICHA & ASSOCIATES, LLC

Dated: November 8, 2006

By: __________________
Gary S. Pasricha, Esq.

PASRICHA & PATEL, LLC

1794 OAK TREE ROAD EDISON, NEW JERSEY 08820 (732) 593-6200 FAX (732) 593-6201
E-MAIL: LAW@PASRICHA.COM WWW.PASRICHA.COM

# TELECOPY COVER SHEET

If there is a problem with transmission or if all pages are not received, please call 732-593-6201 for retransmission.

**TO: Mary Cohen** FAX #: 609-452-1888

FROM: Nicole Miro, Legal Assistant DATE: January 2, 2007

RE: Mehta v. the Home Depot and ABC Companies
Docket No.: MID-L-9193-06
Our File No.: 1948-5692

Number of pages including this cover page: 3

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original to us by mail without making a copy. Thank you.

1/03/07